For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | | | Minimum Wage | | | Paid Wages | | | Unpaid Wages & OT | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | Weeks | Hours Per Week | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Regular Hourly Pay Rate | Hourly OT Pay Rate | Underpayment Per Week | Total Unpaid Wages & OT | Liq. Damages on Wages & OT |
| **Carlos Zambrano** | 11/1/2018 | 12/30/2018 | 8 | 79 | $ 13.00 | $ 19.50 | $ 1,280.50 | $ 600.00 | $ 7.59 | $ 11.39 | $ 680.50 | $ 5,444.00 | $ 5,444.00 |
| | 12/31/2018 | 3/11/2019 | 10 | 79 | $ 15.00 | $ 22.50 | $ 1,477.50 | $ 600.00 | $ 7.59 | $ 11.39 | $ 877.50 | $ 8,775.00 | $ 8,775.00 |
| | | | | | | | | | | | | $ 14,219.00 | $ 14,219.00 |
| **Eduardo Mejia** | 11/10/2018 | 11/24/2018 | 2 | 57 | $ 13.00 | $ 19.50 | $ 851.50 | $ 851.50 | $ 13.00 | $ 19.50 | $ - | $ - | $ - |
| | 11/25/2018 | 12/30/2018 | 5 | 57 | $ 13.00 | $ 19.50 | $ 851.50 | $ 741.00 | $ 13.00 | $ 19.50 | $ 110.50 | $ 552.50 | $ 552.50 |
| | 12/31/2018 | 3/11/2019 | 10 | 57 | $ 15.00 | $ 22.50 | $ 982.50 | $ 855.00 | $ 15.00 | $ 22.50 | $ 127.50 | $ 1,275.00 | $ 1,275.00 |
| | | | | | | | | | | | | $ 1,827.50 | $ 1,827.50 |
| **Glen Forde** | 11/1/2018 | 12/30/2018 | 8 | 42.5 | $ 13.00 | $ 19.50 | $ 568.75 | $ 430.00 | $ 5.44 | $ 8.16 | $ 138.75 | $ 1,110.00 | $ 1,110.00 |
| | 12/31/2018 | 3/4/2019 | 9 | 49.5 | $ 15.00 | $ 22.50 | $ 813.75 | $ 291.00 | $ 3.68 | $ 5.53 | $ 522.75 | $ 4,704.75 | $ 4,704.75 |
| | 3/5/2019 | 3/11/2019 | 1 | 35 | $ 15.00 | $ 22.50 | $ 525.00 | $ - | $ - | $ - | $ 525.00 | $ 525.00 | $ 525.00 |
| | | | | | | | | | | | | $ 6,339.75 | $ 6,339.75 |
| **Ramon Reyes** | 11/10/2018 | 11/24/2018 | 2 | 61 | $ 13.00 | $ 19.50 | $ 929.50 | $ 793.00 | $ 13.00 | $ 19.50 | $ 136.50 | $ 273.00 | $ 273.00 |
| | 11/25/2018 | 12/30/2018 | 5 | 61 | $ 13.00 | $ 19.50 | $ 929.50 | $ 793.00 | $ 13.00 | $ 19.50 | $ 136.50 | $ 682.50 | $ 682.50 |
| | 12/31/2018 | 3/4/2019 | 9 | 61 | $ 15.00 | $ 22.50 | $ 1,072.50 | $ 793.00 | $ 13.00 | $ 19.50 | $ 279.50 | $ 2,515.50 | $ 2,515.50 |
| | 3/5/2019 | 3/11/2019 | 1 | 61 | $ 15.00 | $ 22.50 | $ 1,072.50 | $ - | $ - | $ - | $ 1,072.50 | $ 1,072.50 | $ 1,072.50 |
| | | | | | | | | | | | | $ 4,543.50 | $ 4,543.50 |
| **Reinaldo Lasalle Nunez** | 12/1/2018 | 12/30/2018 | 4 | 55 | $ 13.00 | $ 19.50 | $ 812.50 | $ 390.00 | $ 13.00 | $ 19.50 | $ 422.50 | $ 1,690.00 | $ 1,690.00 |
| | 12/31/2018 | 3/4/2019 | 9 | 55 | $ 15.00 | $ 22.50 | $ 937.50 | $ 450.00 | $ 8.18 | $ 12.27 | $ 487.50 | $ 4,387.50 | $ 4,387.50 |
| | 3/5/2019 | 3/11/2019 | 1 | 55 | $ 15.00 | $ 22.50 | $ 937.50 | $ - | $ - | $ - | $ 937.50 | $ 937.50 | $ 937.50 |
| | | | | | | | | | | | | $ 7,015.00 | $ 7,015.00 |
| **TOTAL DAMAGES** | | | | | | | | | | | | $ 33,944.75 | $ 33,944.75 |

| | | | | | |
|---|---|---|---|---|---|
| NYLL - SOL | 4/6/2013 | | | | |
| NYLL Amendment Date | 4/9/2011 | | 1 | This chart is based upon preliminary information and the expected testimony of Plaintiffs. | |
| FLSA - SOL | 4/5/2016 | | 2 | Plaintiffs reserve the right to correct or amend this chart. | |
| Filing Date | 4/5/2019 | | 3 | This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the | |
| Today's Date | 6/25/2019 | | | | |

For Settlement Purposes Only
Royal Pizza

| Plaintiff | Pay Period | | Spread of Hours | | | Pre-Judgment Interest | | Other Claims | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Start | End | SOH Days per Week | Unpaid SOH Pay | Liq. Damages on Unpaid SOH Pay | PJI on Wages | PJI on SOH | Wage Notice | Wage Statement | Tools of the Trade | |
| **Carlos Zambrano** | 11/1/2018 | 12/30/2018 | 0 | $ - | $ - | $ 277.78 | $ - | $ 5,000.00 | $ 5,000.00 | $ 375.00 | $ 21,540.78 |
| | 12/31/2018 | 3/11/2019 | 0 | $ - | $ - | $ 306.03 | $ - | | | | $ 17,856.03 |
| | | | | $ - | $ - | $ 583.81 | $ - | $ 5,000.00 | $ 5,000.00 | $ 375.00 | $ 39,396.81 |
| | | | | | | | | | | | |
| **Eduardo Mejia** | 11/10/2018 | 11/24/2018 | 0 | $ - | $ - | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 10,000.00 |
| | 11/25/2018 | 12/30/2018 | 0 | $ - | $ - | $ 26.56 | $ - | | | | $ 1,131.56 |
| | 12/31/2018 | 3/11/2019 | 0 | $ - | $ - | $ 44.47 | $ - | | | | $ 2,594.47 |
| | | | | $ - | $ - | $ 71.02 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 13,726.02 |
| | | | | | | | | | | | |
| **Glen Forde** | 11/1/2018 | 12/30/2018 | 0 | $ - | $ - | $ 56.64 | $ - | $ 5,000.00 | $ 5,000.00 | $ 3,000.00 | $ 15,276.64 |
| | 12/31/2018 | 3/4/2019 | 0 | $ - | $ - | $ 168.14 | $ - | | | | $ 9,577.64 |
| | 3/5/2019 | 3/11/2019 | | | | $ 14.17 | | | | | $ 1,064.17 |
| | | | | $ - | $ - | $ 238.94 | $ - | $ 5,000.00 | $ 5,000.00 | $ 3,000.00 | $ 25,918.44 |
| | | | | | | | | | | | |
| **Ramon Reyes** | 11/10/2018 | 11/24/2018 | 0 | $ - | $ - | $ 14.84 | $ - | $ 5,000.00 | $ 5,000.00 | $ - | $ 10,560.84 |
| | 11/25/2018 | 12/30/2018 | 0 | $ - | $ - | $ 32.81 | $ - | | | | $ 1,397.81 |
| | 12/31/2018 | 3/4/2019 | 0 | $ - | $ - | $ 89.90 | $ - | | | | $ 5,120.90 |
| | 3/5/2019 | 3/11/2019 | | | | $ 28.94 | | | | | $ 2,173.94 |
| | | | | $ - | $ - | $ 166.48 | $ - | $ 5,000.00 | $ 5,000.00 | | $ 19,253.48 |
| | | | | | | | | | | | |
| **Reinaldo Lasalle Nunez** | 12/1/2018 | 12/30/2018 | 0 | $ - | $ - | $ 79.98 | $ - | $ 5,000.00 | $ 5,000.00 | | $ 13,459.98 |
| | 12/31/2018 | 3/4/2019 | 0 | $ - | $ - | $ 156.80 | $ - | | | | $ 8,931.80 |
| | 3/5/2019 | 3/11/2019 | 0 | $ - | $ - | $ 25.30 | $ - | | | | $ 1,900.30 |
| | | | | $ - | $ - | $ 262.08 | $ - | $ 5,000.00 | $ 5,000.00 | | $ 24,292.08 |
| | | | | | | | | | | | |
| **TOTAL DAMAGES** | | | | $ - | $ - | $ 1,322.34 | $ - | $ 25,000.00 | $ 25,000.00 | $ 3,375.00 | $ 122,586.84 |

| | | |
|---|---|---|
| NYLL - SOL | 4/6/2013 | |
| NYLL Amendment Date | 4/9/2011 | |
| FLSA - SOL | 4/5/2016 | |
| Filing Date | 4/5/2019 | e FLSA and NYLL. |
| Today's Date | 6/25/2019 | |