## *Michael Faillace & Associates, P.C.*

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200      Fax:(212) 317-1620

Ramon Reyes                                                                         September 3, 2019

|              |                                              | File #: | NewHolland |
| **Attention:** |                                            | Inv #:  | Sample     |

RE:    New Holland Residences, clients came in for intakes on 3/14/19

| DATE      | DESCRIPTION                                                                                  | HOURS | AMOUNT   | LAWYER |
|-----------|----------------------------------------------------------------------------------------------|-------|----------|--------|
| Mar-14-19 | Ramon Reyes intake                                                                           | 0.50  | 225.00   | MF     |
| Mar-15-19 | Reinaldo Nunez intake                                                                        | 0.75  | 337.50   | MF     |
| Apr-05-19 | Draft complaint                                                                              | 3.20  | 1,440.00 | MF     |
| May-15-19 | Telephone conference re mediation                                                            | 0.20  | 75.00    | JB     |
|           | Attn to answer                                                                               | 0.50  | 187.50   | JB     |
| Jul-02-19 | Prepare clients; attend mediation with clients                                               | 4.80  | 2,160.00 | MF     |
| Jul-12-19 | Attn to draft settlement; make revisions                                                     | 1.20  | 450.00   | JB     |
| Aug-01-19 | Continue finalizing language of agreement with defense counsel                               | 0.50  | 225.00   | JB     |
| Aug-12-19 | Draft and file request for extension                                                         | 0.20  | 75.00    | JB     |
| Aug-15-19 | Continue finalizing language of agreement with defense counsel                               | 0.50  | 187.50   | JB     |
| Aug-19-19 | Attn to email from defense counsel re Plaintiff's provocations; phone call with client re same | 0.20  | 75.00    | JB     |
| Aug-27-19 | Draft fairness motion                                                                        | 0.80  | 300.00   | JB     |

|  |  | | |
|---|---|---:|---:|
|  | Totals | 13.35 | $5,737.50 |

**DISBURSEMENTS**

|  |  |  |
|---|---|---:|
|  | Filing Fee | 400.00 |
| Apr-10-19 | Process Server | 75.00 |
|  | Process Server | 75.00 |
| Apr-16-19 | Process Server | 50.00 |
|  | Process Server | 50.00 |
|  | Process Server | 50.00 |
|  | Process Server | 50.00 |
|  | Process Server | 50.00 |
|  | Totals | $800.00 |

| | |
|---|---:|
| **Total Fee & Disbursements** | $6,537.50 |
| **Balance Now Due** | $6,537.50 |